GOLDSTEIN, BALLEN, O'ROURKE & WILDSTEIN
A PROFESSIONAL CORPORATION
ONE HOWE AVENUE, PASSAIC, NEW JERSEY 07055
(973) 473-1113
Attorneys for Plaintiff(s)

| Plaintiff(s), <br> RICHARD SOTO <br><br> v. <br><br> Defendant(s) <br> CROWN EQUIPMENT CORPORATION; CSWG, LLC d/b/a CDS WHOLESALE GROCERS, INC.; JOHN DOE 1-50 (said names being fictitious, true names presently unknown), ABC CORP. 1-50 (said names being fictitious, true name presently unknown), ABC EMPLOYER 1-50 (said names being fictitious, true names presently unknown) JOHN DOE 1-50 (said names being fictitious, true names presently unknown) ABC CORP. 51-100, (said names being fictitious, true names presently unknown), ABC EMPLOYER 51-100 (said names being fictitious, true names presently unknown) | U.S. DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> Civil Action No.: <br> 2:10-cv-63281(SRC)(MAS) <br><br> Honorable Stanley R. Chesler, U.S.D.J. <br> Honorable Michael A. Shipp, U.S.M.J. <br><br> VOLUNTARY STIPULATION OF DISMISSAL <br> WITH PREJUDICE |
|---|---|

Plaintiff hereby takes a Voluntary Dismissal with Prejudice and without costs as to all defendants. Plaintiff agrees that the Complaint shall be marked dismissed.

Dated: April 11, 2011

GOLDSTEIN, BALLEN, O'ROURKE & WILDSTEIN

By: _____
    THOMAS L. BELL, ESQ.
    Attorneys for Plaintiff,
    Richard Soto

COUGHLIN DUFFY, LLP

By: _____
    TIMOTHY I. DUFFY, ESQ.
    Attorneys for Defendant,
    Crown Equipment Corporation

LAW OFFICES OF DALY, LAMASTRA & CUNNINGHAM

By: _____
    WILLIAM CUNNINGHAM, ESQ.
    Attorneys for Defendant,
    Customized Distribution Services

SO ORDERED: _____
             STANLEY R. CHESLER, U.S.D.J.